

333 EARLE OVINGTON BLVD, STE 402
UNIONDALE, NEW YORK 11553
T: 516-203-7600
F: 516-282-7878

May 10, 2024

**VIA ECF**

Hon. Jennifer H. Rearden
United States District Court
Southern District of New York
500 Pearl Street, Rm. 12B
New York, NY 10007-1312

Application GRANTED.

The Clerk of Court is directed to terminate ECF No. 15.

SO ORDERED.

*Jennifer H. Rearden*
Jennifer H. Rearden, U.S.D.J.
Dated: May 10, 2024

Re:   *Chosen Figure LLC v. Isabella Khairiah Bella Hadid,* 1:23-cv-06757-JHR

Dear Judge Rearden:

We represent plaintiff Chosen Figure LLC in the above-referenced action and write to respectfully request a 30-day extension of time foe the parties to file their dismissal papers.

Despite best efforts, the parties were not able to consummate their settlement transaction before the original deadline of May 15, 2024. There is the first request for an extension and no other requests have been granted or denied. Defendant Bella Hadid consents to the requested relief. No other dates will be impacted by this request.

Respectfully submitted,

s/ *Craig B. Sanders /*
Craig B. Sanders

*Counsel for Plaintiff*